IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOCELYN GABRIEL, | : | 1:20-cv-1054 |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| WILLIAM BARR, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**January 27, 2021**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. §2241, and for reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED without prejudice to Petitioner's right to file a new petition for writ of habeas corpus if he does not receive a custody redetermination or bond hearing within ninety days of the date of this Order.

2. The motion to expedite (Doc. 10) is DENIED as moot.

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
